**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Philip Anthony Franco
Adams and Reese
701 Poydras Street, Ste 4500
New Orleans LA 70139

Leigh Ann T. Schell
Adams and Reese, LLP
701 Poydras St, Ste 4500
New Orleans LA 70139

Jeffrey Edward Richardson
Adams & Reese
701 Poydras St., Ste 4500
New Orleans LA 70139

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on **October 31, 2018**.

**REHEARING ACTION: October 31, 2018**

**Docket Number: 18   00667-CW**

**IN RE:  HARRIER TRUST**

**Writ Application from Calcasieu Parish Case No. 2016-3020**

**BEFORE JUDGES:**

> Hon. John D. Saunders
> Hon. Marc T. Amy
> Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the motion for expedited consideration filed by **Pastor Edward**

**Alexander** and **Adam P. Johnson** are:

> **DENIED.**

cc: Walter Marshall Sanchez, Counsel for  the Respondent
    Michael Reese Davis, Counsel for  the Respondent
    Todd Samuels Clemons, Counsel for  the Respondent
    Tim P. Hartdegen, Counsel for  the Respondent
    Alexander L. H. Reed, Counsel for  the Respondent
    Janet Madison, Counsel for  the Respondent
    Christopher J. Akin, Out of State Attorney
    Rudie Ray Soileau, Jr., Counsel for the Applicant
    Wilford D. Carter, Counsel for the Applicant
    Hunter William Lundy, Counsel for the Applicant
    Matthew Edward Lundy, Counsel for the Applicant
    Daniel A. Kramer, Counsel for the Applicant
    T. Houston Middleton, IV, Counsel for the Applicant
    Jeffrey W. Chambers, Counsel for the Applicant
    John P. Lahad, Counsel for the Applicant